IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jason Robert Stover,                    :
                         Petitioner     :
                                        :
        v.                              :        No. 311 M.D. 2015
                                        :
Progress Community Corrections          :
Center, Waynesburg, PA,                 :
                         Respondent :

# **O R D E R**

NOW, July 1, 2016, upon consideration of petitioner's application for reconsideration, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge